IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORTEZ L.,

      **Plaintiff,**

v.

COMMISSIONER OF SOCIAL SECURITY,

      **Defendant.**

Case No. 21-cv-327-SPM

# ORDER OF REMAND

## McGlynn, District Judge:

    Before the Court is the parties' Joint Motion to Remand to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) (Doc. 21). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

    The parties agree that, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision and remand the matter to an ALJ. On remand, the ALJ will obtain updated vocational expert evidence; further evaluate whether there are jobs that exist in significant numbers in the national economy that the claimant can perform; offer the claimant the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.

Cortez applied for Supplemental Security Income on September 5, 2018 (Doc. 20). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion to Remand (Doc. 21) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED:  November 16, 2021**

s/ Stephen P. McGlynn
**STEPHEN P. MCGLYNN**
**United States District Judge**